**Joseph Lee McFADDEN,**
**Plaintiff–Appellant,**

v.

**Jerry GAINEY, Defendant–Appellee.**

**No. 13–6208.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Joseph Lee McFadden, Appellant Pro Se. David Cornwell Holler, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina, for Appellee.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Lee McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Gainey,* No. 4:12–cv–01470–MGL, 2013 WL 427328 (D.S.C. Feb. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*